Case 3:23-cr-00149-H   Document 5   Filed 12/30/22   PageID.14   Page 1 of 2



|  |  |
|---|---|
| 1 | RANDY S. GROSSMAN |
| 2 | United States Attorney |
|   | ALEXANDER KRISTOFCAK |
| 3 | Assistant United States Attorney |
| 4 | New York Bar No. 5866926 |
|   | United States Attorney's Office |
| 5 | 880 Front Street, Room 6293 |
| 6 | San Diego, California 92101-8893 |
| 7 | Telephone: (619) 546-9741 |
|   | Alexander.Kristofcak@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | UNITED STATES OF AMERICA |

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22MJ04696-BLM |
|---|---|
| Plaintiff, |  |
|  | NOTICE OF APPEARANCE |
| v. | *(Under Seal)* |
| JUAN CARLOS CANCHOLA (1), |  |
| KELLIE NICOLE RIDDLE (2), |  |
| Defendants. |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF

purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

**CO-COUNSEL RYAN SAUSEDO.**

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: December 30, 2022.

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*s/ Alexander Kristofcak*
ALEXANDER KRISTOFCAK
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America